

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00185-CR
### No. 10-24-00186-CR

**JORCOREY MCGEE,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 361st District Court
### Brazos County, Texas
### Trial Court Nos. 24-01187-CRM-361
### and 24-001188-CRF-361

## MEMORANDUM  OPINION

Appellant JorCorey McGee, acting *pro se*, has filed a notice of appeal in each of these causes, in which he complains of a judgment nisi pertaining to the forfeiture of his bail bond.

Article 44.42 of the Code of Criminal Procedure provides:  "An appeal may be taken by the defendant from every *final judgment* rendered upon a personal bond, bail bond or bond taken for the prevention or suppression of offenses, where such judgment

is for twenty dollars or more, exclusive of costs, but not otherwise." TEX. CODE CRIM. PROC. ANN. art. 44.42 (emphasis added). A judgment nisi is a judicial declaration of forfeiture; it is an interlocutory judgment, not a final judgment. *Hokr v. State*, 545 S.W.2d 463, 465 (Tex. Crim. App. 1977).

In letters dated July 8, 2024, the Clerk of the Court notified McGee that these appeals were subject to being dismissed for lack of jurisdiction because they did not appear to be appeals from a final judgment. The Clerk of the Court further notified McGee that unless he showed grounds for continuing these appeals within fourteen days of the date of the letters, the appeals would be dismissed for lack of jurisdiction. McGee has not filed a response showing grounds for continuing these appeals.

For these reasons, these appeals are dismissed for lack of jurisdiction.

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Dismissed
Opinion delivered and filed August 8, 2024
Do not publish
[CR25]

